RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
rdenett@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
jinsley-micheri@dennettwinspear.com
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:    (702) 839-1100
Facsimile:     (702) 839-1113
*Attorneys for Defendant,*
*State Farm Fire and Casualty Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMIL ABDULLAH,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | CASE NO:  2:25-CV-00770-RFP-EJY |

**STIPULATION AND ORDER FOR DISMISSAL WITH  PREJUDICE AS TO PLAINTIFF'S FOURTH CAUSE OF ACTION FOR UNJUST ENRICHMENT ONLY**

IT IS HEREBY STIPULATED by and between, JEROME BOWEN, ESQ., attorney for Plaintiff JAMIL ABDULLAH, and JENNIFER INSLEY MICHERI, ESQ., attorney for Defendant STATE FARM FIRE AND CASUALTY COMPANY, that Plaintiff's Fourth Cause of action for Unjust Enrichment be dismissed, with prejudice.

…

…

…

…

…

As such, Defendant State Farm's Motion to Dismiss Plaintiff's Fourth Cause of Action for Unjust Enrichment is hereby withdrawn concurrently with this Stipulation.

| **BOWEN LAW OFFICES** | **DENNETT WINSPEAR, LLP** |
|---|---|
| By: /s/Jerome T. Bowen<br>Jerome T. Bowen, Esq.<br>Nevada Bar Number 4540<br>9960 W. Cheyenne Avenue, Ste.250<br>Las Vegas, NV 89129 | By: /s/Jennifer Insley Micheri<br>Jennifer Insley Micheri, Esq.<br>Nevada Bar Number 10089<br>3301 N. Buffalo Drive, Ste 195<br>Las Vegas, Nevada 89129 |
| Dated: June 16, 2025 | Dated: June 16, 2025 |

### ORDER

Good cause appearing therefore, IT IS SO ORDERED.

DATED this 17th day of June, 2025.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Submitted by:

**DENNETT WINSPEAR, LLP**

By: /s/Jennifer Insley Micheri
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
3301 N. Buffalo Drive, #195
Las Vegas, Nevada 89129
*Attorneys for Defendant*
*State Farm Fire and Casualty Company*

2