JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Ph: (702) 240-5191 ✦ Fax: (702) 240-5797
Email: twilcox@lvlawfirm.com
*ATTORNEY FOR PLAINTIFF*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMIL ABDULLAH,<br><br>                    Plaintiff,<br><br>      vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>                    Defendants, | Case No. 2:25-CV-00770-RFP-EJY |

**STIPULATION TO EXTEND THE DATE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS TO ALL CAUSES OF ACTION AND PUNITIVE DAMAGES (ECF 15)**
**(First Request)**

Plaintiff, JAMIL ABDULLAH and Defendant, STATE FARM FIRE AND CASUALTY COMPANY have stipulated and agreed to an extension of time from June 12, 2026 to June 19, 2026 for Plaintiff to file his *Response to Defendant's Motion for Summary Judgment as to All Causes of Action and Punitive Damages* (ECF 15) filed on May 22, 2026.

The reasons supporting this stipulation are as follows: Plaintiff's counsel has been preparing and engaged in multiple trials in other matters, and thus, Plaintiff's counsel requires additional time to adequately prepare and respond to the Motion. The Plaintiff desires to provide the Court a complete outline of facts and issues.

**BOWEN LAW OFFICES**
Conquistador Plaza
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
702-240-5191 FAX: 702-240-5797

This is the first extension of time requested by the Parties related to this Motion, which is made in good faith and not for purposes of delay.

DATED this 12th day of June, 2026.            DATED this 12th day of June, 2026.

**BOWEN LAW OFFICES**                          **DENNETT WINSPEAR, LLP**

*/s/ Jerome R. Bowen, Esq.*                    */s/ Jennifer Insley Micheri, Esq.*
JEROME R. BOWEN, ESQ.                           RYAN L. DENNETT, ESQ.
Nevada Bar No. 4540                             Nevada Bar No. 5617
Attorneys for Plaintiff                         JENNIFER INSLEY MICHERI, ESQ.
                                                Nevada Bar No. 10089

**IT IS SO ORDERED.**

DATED this 12 day of June, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**BOWEN LAW OFFICES**
Conquistador Plaza
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
702-240-5191 FAX: 702-240-5797