JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Ph: (702) 240-5191 ✦ Fax: (702) 240-5797
Email: twilcox@lvlawfirm.com
*ATTORNEY FOR PLAINTIFF*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\* \* \***

JAMIL ABDULLAH,

                    Plaintiff,

        vs.

STATE FARM FIRE AND CASUALTY
COMPANY, a foreign corporation; DOES I
through X, inclusive; and ROE
CORPORATIONS I through V, inclusive,

                    Defendants,

Case No. 2:25-CV-00770-RFP-EJY

**STIPULATION TO EXTEND THE DATE FOR PLAINTIFF TO FILE
RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS TO ALL
CAUSES OF ACTION AND PUNITIVE DAMAGES (ECF 15)**
**(Second Request)**

Plaintiff, JAMIL ABDULLAH and Defendant, STATE FARM FIRE AND CASUALTY COMPANY have stipulated and agreed to an extension of time from June 19, 2026 to June 22, 2026 for Plaintiff to file his *Response to Defendant's Motion for Summary Judgment as to All Causes of Action and Punitive Damages* (ECF 15).

The reasons supporting this stipulation are as follows: Given the federal holiday on June 19, 2026, the parties have agreed to extend to the next judicial day of June 22, 2026. Defendant will have up to and including June 29, 2026 in which to file its Reply.

**BOWEN LAW OFFICES**
Conquistador Plaza
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
702-240-5191  FAX: 702-240-5797

This is the second extension of time requested by the Parties related to this Motion, which is made in good faith and not for purposes of delay.

DATED this 18th day of June, 2026.                    DATED this 18th day of June, 2026.

**BOWEN LAW OFFICES**                                   **DENNETT WINSPEAR, LLP**

*/s/ Jerome R. Bowen, Esq.*                              */s/ Jennifer Insley Micheri, Esq.*
JEROME R. BOWEN, ESQ.                                  RYAN L. DENNETT, ESQ.
Nevada Bar No. 4540                                    Nevada Bar No. 5617
Attorneys for Plaintiff                                JENNIFER INSLEY MICHERI, ESQ.
                                                        Nevada Bar No. 10089

**IT IS SO ORDERED.**

DATED this 22 day of June, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**BOWEN LAW OFFICES**
Conquistador Plaza
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
702-240-5191  FAX: 702-240-5797