RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
rdenett@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
jinsley-micheri@dennettwinspear.com
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:     (702) 839-1100
Facsimile:     (702) 839-1113
***Attorneys for Defendant,***
***State Farm Fire and Casualty Company***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMIL ABDULLAH,<br><br>                                  Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>                                  Defendants. | CASE NO:  2:25-CV-00770-RFP-EJY |

**STIPULATION TO EXTEND THE DATE FOR DEFENDANT TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS TO ALL CAUSES OF ACTION AND PUNITIVE DAMAGES (DOC 15)**

**(FIRST REQUEST TO EXTEND DATE FOR DEFENDANT REPLY)**

Plaintiff, JAMIL ABDULLAH and Defendant, STATE FARM FIRE AND CASUALTY COMPANY have stipulated and agreed to an extension of time from June 29, 2026 to July 6, 2026 for Defendant to file its Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment as to All Causes of Action and Punitive Damages (Doc 15). The reasons supporting this stipulation are as follows:

The extension of time for Defendant to file a Reply is in accordance with the time in which to file a Reply by Defendant, first Ordered by the Court within the Docket Text of Doc 19 (Plaintiff's Response to Defendant's Motion [DOC 15]), July 6, 2026.  The extension is requested on the basis

that Defendant's counsel has been engaged in multiple appearances in other matters, and requires additional time to adequately prepare and respond to Plaintiff's Response [Doc 19] to Defendant's Motion [Doc 15] in alignment with the timing previously Ordered by the Court within the Docket Text of DOC 19, and specifically file a Reply by July 6, 2026.

This is the first extension of time requested by the Parties related to the Reply date for Defendant, which is made in good faith and not for purposes of delay.

DATED this 25th day of June, 2026.                    DATED this 25th day of June, 2026.

**BOWEN LAW OFFICES**                                      **DENNETT WINSPEAR, LLP**


By___/s/Jerome R. Bowen_____          By___/s/Jennifer Insley Micheri_____
    JEROME R. BOWEN, ESQ.                               RYAN L. DENNETT, ESQ.
    Nevada Bar No. 4540                                      Nevada Bar No. 5617
    9960 W. Cheyenne Avenue, Suite 250            JENNIFER INSLEY MICHERI, ESQ.
    Las Vegas, Nevada 89129                            Nevada Bar No. 10089
    **Attorney for Plaintiff**                                   3301 N. Buffalo Drive, Suite 195
                                                                      Las Vegas, Nevada 89129
                                                                      **Attorneys for Defendant**


### ORDER

Good cause appearing therefore, IT IS SO ORDERED.


DATED this __26__ day of _____June_____, 2026.


_____
UNITED STATES DISTRICT COURT JUDGE

2